No. 213. OLLEY ET AL. *v.* PHILADELPHIA & READING COAL & IRON CO. ET AL. October 9, 1939. The motion to dispense with the printing of the record is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Vincent A. Carroll* for petitioners. *Mr. Penrose Hertzler* for respondents.

No. 313. DAYTON HOTEL CO. *v.* CHAS. A. KRAUSE MILLING CO. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration an[3] decision of this application. *Mr. Robert W. Wales* for petitioner. *Mr. Morris Karon* for respondents.